LILLIAN SARFATY, as Administratrix of the Estate of SARAH PORTER, Deceased, Appellant, *v.* NEW YORK CITY INTERBOROUGH RAILWAY COMPANY, Respondent.

(Argued January 19, 1933; decided February 28, 1933.)

*John J. McGinty* and *Joseph C. Thomson* for appellant.
*Alfred T. Davison, Frederic W. Frost* and *Archibald C. Mayo* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.